■ In the Matter of EDWARD M. O. PRATT et al., Respondents. KAMPS J. HAYNIE, Appellant.— Appeal by a client from an order fixing the lien of his attorneys at a certain amount to be paid out of the proceeds of a settlement of appellant's cause of action. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ ALICE PETRUKEVICH, Respondent, v. PAULINE MAKSIMOVICH, Appellant.— In an action to impress a trust on real property owned by appellant, the appeal is from a judgment granting respondent a lien on the premises for the amount expended by her in the improvement of the property on the faith of appellant's oral promise to convey title to respondent on completion of the improvements. Judgment modified on the law by striking therefrom the second decretal paragraph and, as so modified, judgment unanimously affirmed, with costs to respondent. Where a relation of confidence has been abused, and a person has never had title to the property but has expended money in the improvement of the property on the basis of an oral promise to convey, which money does not constitute the entire consideration for the purchase of the interest claimed, that person is entitled, not to a conveyance of the property, but only to an equitable lien thereon for the amount expended. (*Leary* v. *Corvin*, 181 N. Y. 222; *Foreman* v. *Foreman*, 251 N. Y. 237, 242; *McCarthy* v. *McCarthy*, 284 App. Div. 813.) In such case equity grants relief despite the fact that the oral promise to convey is violative of the Statute of Frauds. (*Leary* v. *Corvin, supra*; *McCarthy* v. *McCarthy, supra*.) Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ SARAH B. PREIL, Respondent, v. BINGLER VACATION TOURS, INC., Defendant, and DARROW SCHOOL, Also Known as LEBANON SCHOOL, INC., Appellant.— In an action to recover damages for personal injuries, the appeal is from an order denying appellant's motion to change the place of trial from Kings County to Columbia County, on the ground that the convenience of material witnesses and the ends of justice will be promoted thereby. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.